IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| WEST COAST PRODUCTIONS, INC., | : : : : | Civil Action Number |
| Plaintiff, | : : | 2:11-cv-00226-WCO |
| v. | : : | |
| ANTONIO ANDERSON, | : : | Jury Trial Demanded |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on February 27, 2012 I served Plaintiff via e-mail to the following counsel of record: Elizabeth Morgan – morgan@morganlawpc.com; Flora Manship – manship@morganlawpc.com; Candie McKinley – mckinley@morganlawpc.com the following: Defendant's Response to Plaintiff's First Request for Production of Documents and other Tangible Things to Defendant; Defendant's Response to Plaintiff's First Set of Interrogatories to Defendant.

Respectfuly submitted March 13, 2011:

2

|  |  |
|---|---|
|  | **BLAIR CHINTELLA** |
| 1600 Alexandria Court SE |  |
| Marietta, GA 30067 | __/s/ Blair Chintella_____ |
| 404-579-9668 | Blair Chintella |
| No Fax. | Georgia Bar No. 510109 |
| bchintel1@gmail.com | Attorney for Defendant(s) |